**J. E. JOHNSTON, Jr., et al. v. W. H. HART.**

No. 3998.

Court of Appeal of Louisiana. Second Circuit, Second Division.

June 11, 1932.

J. B. Crow, of Shreveport, for appellant.

W. M. Pollock, of Mansfield, for appellees.

STEPHENS, J.

The defendant in this suit is the defendant in the case of Sam Yearling et al. v. W. H. Hart (La. App.) 142 So. 712. The legal situations presented in the two cases are identical, and the same ruling should be applied to both.

It is therefore ordered that the case be returned to the docket of this court to await further proceedings according to law.